Matthew Ring, Respondent, v. Mary J. Ring, Appellant.— Appeal dismissed unless appellant shall file and serve the printed records and printed briefs and pay

to respondent's attorney ten dollars by October twentieth. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.